UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE A. SLANEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MOSBY, *et al.*,<br><br>　　　　　　Defendants. | Case No. C24-455 RSM<br><br>ORDER |

　　Having reviewed Plaintiff's application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

　　(1)　The Court ADOPTS the Report and Recommendation.

　　(2)　Plaintiff's IFP application (dkt. # 1) is DENIED. Plaintiff is directed to pay the $405.00 filing fee, or submit a corrected IFP application, within **thirty (30)** days of this Order. If Plaintiff fails to do so, the Clerk is directed to dismiss this action without prejudice.

　　(3)　The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Michelle L. Peterson.

　　//

ORDER - 1

DATED this 10th day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2