UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE A. SLANEY, | Case No. C24-455RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| JOHN MOSBY, et al., | |
| Defendants. | |

This matter comes before the Court *sua sponte*. *Pro se* Plaintiff Laurie Slaney filed a Motion for Leave to Proceed In Forma Pauperis ("IFP") on April 4, 2024. Dkt. #1. On May 10, 2024, the Court denied her Motion and directed her to pay the $405 filing fee or submit a corrected IFP application within thirty days. Dkt. #4. The Court warned that failure to do either of these things could result in dismissal of this action. *Id.* Plaintiff did not pay the filing fee or submit a corrected IFP application by the deadline. The Court concludes that Plaintiff has failed to respond to the Court's instructions and failed to prosecute this case.

Accordingly, the Court hereby FINDS and ORDERS that Plaintiff's claims are DISMISSED without prejudice for failure to pay the filing fee or to submit a corrected application to proceed in forma pauperis. This case is CLOSED.

DATED this 12th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1